the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, W. E. Stanley, Peter Q. Nyce, Austin M. Cowan, Malcolm E. Rosser,* and *Thomas H. Owen* for petitioners. *Messrs. John H. Brennan* and *Elmer J. Lundy* for respondents.

No. 650. YELLAND *v.* BANKERS RESERVE LIFE Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel B. Bassett* for petitioner. *Messrs. George B. Thatcher, Wm. Woodburn,* and *Thomas F. Ryan* for respondent.

No. 651. ST. LOUIS MERCHANTS BRIDGE TERMINAL RAILROAD *v.* DOYLE, ADMINISTRATOR. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Roy W. Rucker* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 653. UNITED STATES *v.* TAYLOR ET AL. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Claude R. Branch* and *Nat M. Lacy* for the United States. No appearance for respondents.

No. 655. LUXENBERG *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Nelson T. Hartson, Frank J. Hogan,* and *Sam T. Spears* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude*

*R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.

No. 657. SPOKANE, PORTLAND & SEATTLE R. Co. *v.* CROSS, ADMINISTRATRIX. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. Charles H. Carey, Charles A. Hart,* and *Charles E. McCulloch* for petitioner. No appearance for respondent.

No. 658. O. H. INGRAM Co. *v.* WISCONSIN TAX COMMISSION ET AL. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. P. M. Beach* for petitioner. *Mr. John W. Reynolds* for respondents.

No. 659. MACON, DUBLIN & SAVANNAH R. Co. *v.* GENERAL REDUCTION Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles Akerman* for petitioner. *Mr. George S. Jones* for respondent.

No. 661. JAMES RICHARDSON & SONS, LTD., ET AL. *v.* JENKINS STEAMSHIP Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles W. Greenfield* for petitioners. *Messrs. Sherwin A. Hill* and *Thomas H. Garry* for respondent.

No. 666. DASHIELL MOTOR Co. *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Cir-